**Joseph S. Sokolski et al., appellees, v. Yellow Cab Company, appellant. Gen. No. 29,900.**

Action for wrongful death. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. F. R. Dove, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 22, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Moloney & Postelnek and Charles L. Mahony, for appellant; Charles L. Mahony, of counsel. Morse Ives, H. H. Patterson and C. C. Bodenstab, for appellees; H. H. Patterson, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Roman F. Kramer and Olga Kramer, appellees, v. John Healy, appellant. Gen. No. 29,909.**

Action to recover damages for trespass. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed June 22, 1925.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant. John A. Ulrich, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Peter Wethe, plaintiff in error. Gen. No. 29,552.**

Prosecution for having in possession lottery tickets for sale. Defendant convicted. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed June 22, 1925.

Myer H. Gladstone, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Lois H. Nellesen, appellee, v. Ferdinand F. Nellesen, appellant. Gen. No. 29,604.**

Suit for separate maintenance. Decree for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 22, 1925.

Ewart Harris and A. Henry Goldstein, for appellant. John R. Philp, for appellee; W. S. Johnson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.